UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN MUNRO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KING BROADCASTING COMPANY,<br><br>　　　　　　Defendant. | No. 2:13-cv-1308<br><br>NOTICE OF REMOVAL<br><br>(King County Superior Court,<br>No. 13-2-23684-2 SEA) |

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1453, King Broadcasting Company ("King") hereby removes to the United States District Court for the Western District of Washington the above-captioned lawsuit, originally filed in the Superior Court of Washington for King County as Case No. 13-2-23684-2 SEA.

Removal is proper on the following grounds:

**<u>Removal is Timely</u>**

1. Plaintiff filed this action on June 20, 2013.

2. Plaintiff first served King with a copy of the Complaint on June 24, 2013. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because King is filing the notice of removal within thirty days after service.

NOTICE OF REMOVAL – 1
DWT 22304655v1 0045185-000266

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

**Federal Question Jurisdiction Exists Under 28 U.S.C. § 1331**

3. The Complaint alleges a cause of action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. Thus, this is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331; *see also Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 745 (2012) ("[F]ederal and state courts have concurrent jurisdiction over private suits arising under the TCPA."), *abrogating Murphey v. Lanier*, 204 F.3d 911 (9th Cir. 2000).

4. This action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) because it is a civil action founded on a claim or right arising under the laws of the United States over which "the district courts of the United States have original jurisdiction" under 28 U.S.C. § 1331. This action is removable without regard to the citizenship or residence of the parties. *See* 28 U.S.C. § 1441(a)-(b).

**King Has Satisfied the Remaining Procedural Requirements**

5. The United States District Court for the Western District of Washington is the federal judicial district embracing King County Superior Court, where Plaintiff filed this action. 28 U.S.C. § 128(b).

6. A copy of the Complaint filed in the King County action is being filed as Attachment 1 to this Notice of Removal, as required by Local Civil Rule 101(b). Copies of all other process, pleadings, and orders served on King in this action are being filed as Attachment 2 to this Notice of Removal, as required by 28 U.S.C. § 1446(a). King will separately file the Verification of State Court Records and Proceedings required by Local Civil Rule 101(b).

7. Promptly after filing this Notice of Removal, King will give written notice to Plaintiff's counsel and file a copy of this Notice with the Clerk of the King County Superior Court as required by 28 U.S.C. § 1446(d).

**Intradistrict Assignment**

8. Seattle is the proper division or location for this matter because the action was filed in King County Superior Court, King's principal place of business is in King County, and Plaintiff's claim arose in King County. LCR 3(d), 101(e).

NOTICE OF REMOVAL – 2
DWT 22304655v1 0045185-000266

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1   Wherefore, King hereby removes this action from the Superior Court of the State of
2   Washington for King County.
3   DATED this 24th day of July, 2013.

Davis Wright Tremaine LLP
*Attorneys for King Broadcasting Company*

By  *s/ Kenneth E. Payson*

By  *s/ Ambika K. Doran*

By  *s/ Candice M. Tewell*
   Kenneth E. Payson, WSBA #26369
   Ambika K. Doran, WSBA #38237
   Candice M. Tewell, WSBA #41131
   1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
   Telephone: 206-622-3150
   Fax: 206-757-7700
   E-mail:  kenpayson@dwt.com
           ambikadoran@dwt.com
           candicetewell@dwt.com

NOTICE OF REMOVAL – 3
DWT 22304655v1 0045185-000266

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a copy of the foregoing to be served upon the following counsel of record as follows:

| Rob Williamson | ( ) | By U. S. Mail |
| Kim Williams | ( ) | By E-Service |
| Williamson & Williams | ( ) | By Facsimile |
| 2239 W. Viewmont Way West | (X) | By Messenger |
| Seattle, WA  98199 | ( ) | By Email: |
| | | roblin@williamslaw.com |
| | | kim@williamslaw.com |

| Beth E. Terrell | ( ) | By U. S. Mail |
| Kimberlee L. Gunning | ( ) | By E-Service |
| Terrell Marshall Daudt & Willie | ( ) | By Facsimile |
| 936 North 34th Street, Suite 400 | (X) | By Messenger |
| Seattle, WA  98103 | ( ) | By Email: |
| | | bterrell@tmdwlaw.com |
| | | kgunning@tmdwlaw.com |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 24th day of July, 2013.

> Davis Wright Tremaine LLP
> *Attorneys for King Broadcasting Company*
>
> By   *s/ Candice M. Tewell*
>    Candice M. Tewell, WSBA #41131

NOTICE OF REMOVAL – 4
DWT 22304655v1 0045185-000266

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax