The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN MUNRO,<br><br>   Plaintiff,<br><br>v.<br><br>KING BROADCASTING COMPANY,<br><br>   Defendant. | No. 2:13-cv-01308 JLR<br><br>**STIPULATION TO ORDER OF DISMISSAL WITH PREJUDICE** |

  On September 15, 2014, the Court entered in the docket its determination that "[t]his case is deemed an individual lawsuit." The only claims remaining in this lawsuit are those of Plaintiff Kevin Munro. Plaintiff Kevin Munro and Defendant King Broadcasting Company, by and through their counsel, hereby stipulate to dismiss all claims of Plaintiff in this action with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party is to bear their own fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

  Respectfully submitted this 23rd day of December, 2014.

STIPULATION TO ORDER
OF DISMISSAL WITH PREJUDICE - 1
No. 2:13-cv-01308-JLR

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

| | |
|---|---|
| 1    *s/ Rob Williamson (with permission)* <br> Rob Williamson, WSBA No. 11387 | *s/ Nicole M. Tadano* <br> Stellman Keehnel, WSBA No. 9309 |

*s/ Rob Williamson (with permission)*
Rob Williamson, WSBA No. 11387
Kim Williams, WSBA No. 9077
WILLIAMSON & WILLIAMS
936 N 34th Street, Suite 300
Seattle, Washington 98103
Telephone:    206.466.6230
Facsimile:    206.535.7899
Email: roblin@williamslaw.com
Email: kim@williamslaw.com

Beth E. Terrell, WSBA No. 26759
Michael D. Daudt, WSBA No. 25690
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: bterrell@tmdwlaw.com
Email: mdaudt@tmdwlaw.com

Attorneys for Plaintiff

*s/ Nicole M. Tadano*
Stellman Keehnel, WSBA No. 9309
Nicole M. Tadano, WSBA No. 40531
DLA PIPER LLP
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104-7044
Telephone: (206) 839-4800
Facsimile: (206) 839-4801
Email: stellman.keehnel@dlapiper.com
Email: nicole.tadano@dlapiper.com

Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, it is ORDERED that the above-captioned matter is hereby dismissed with prejudice under FRCP 41(a).

DATED: __24 December 2014__

HON. JAMES L. ROBART
United States District Judge

STIPULATION TO ORDER
OF DISMISSAL WITH PREJUDICE - 2
No. 2:13-cv-01308-JLR

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following counsel of record.

- **Michael Duane Daudt**
  mdaudt@tmdwlaw.com,docketrequests@tmdwlaw.com,bkinsey@tmdwlaw.com,enordby@tmdwlaw.com,cstanley@tmdwlaw.com,filing@tmdwlaw.com

- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

- **Nicole M. Tadano**
  nicole.tadano@dlapiper.com,patsy.howson@dlapiper.com

- **Beth E Terrell**
  bterrell@tmdwlaw.com,docketrequests@tmdwlaw.com,bkinsey@tmdwlaw.com,enordby@tmdwlaw.com,jchase@tmdwlaw.com,filing@tmdwlaw.com

- **Kim Williams**
  kim@williamslaw.com

- **Roblin John Williamson**
  roblin@williamslaw.com,lisa@williamslaw.com

Dated this 23rd day of December, 2014.

/s/ Nicole M. Tadano
Nicole M. Tadano, WSBA No. 40531

WEST\252313882.1

STIPULATION TO ORDER
OF DISMISSAL WITH PREJUDICE - 3
No. 2:13-cv-01308-JLR

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800